No. 93–5116. PARTEE v. PETERS, DIRECTOR, ILLINOIS DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–5117. POINTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5118. LAYTON ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5119. SUAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5120. WHITE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–5121. JAY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5122. GARLAND v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5123. JOHNSON v. MCKASKLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–5124. JOHNSON v. HARDCASTLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5125. DEMAURO v. COLDWELL, BANKER & CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5126. SCOTT ET UX. v. MANILLA ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 93–5130. ALCALA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–5133. WEATHERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5134. PEARSON, AKA CHARLES v. SCULLY, SUPERIN-TENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–5135. ROBERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.